**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Jennifer L. Plescia, SBN 262899
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant COUNTY OF SACRAMENTO, SACRAMENTO BOARD OF SUPERVISORS, SACRAMENTO COUNTY SHERIFF JOHN McGINNESS, ROGER DICKINSON, JIMMIE YEE, SUSAN PETERS, ROBERTA MacGLASHAN, DON NOTTALI AND DAVE IRISH

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q1, LLC AND WILLIE JEFFERSON,<br><br>  Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO BOARD OF SUPERVISORS, SACRAMENTO COUNTY SHERIFF JOHN McGINNESS, ROGER DICKINSON, in his official capacity as a member of the Board of Supervisors, JIMMIE YEE, in official capacity as a member of the Board of Supervisors; SUSAN PETERS, in her official capacity as a member of the Board of Supervisors; ROBERTA MacGLASHAN, in her capacity as a member of the Board of Supervisors; DON NOTTALI, in his capacity as a member of the Board of Supervisors; DAVE IRISH, in his official capacity as a Director of Finance and DOES 1 through 10, inclusive,<br><br>  Defendants.<br>_____/ | Case No. 08-1564 JAM DAD<br><br>**APPLICATION FOR EX PARTE APPLICATION TO VACATE STATUS (PRE-TRIAL SCHEDULING) ORDER AND** |

Defendants COUNTY OF SACRAMENTO, SACRAMENTO BOARD OF SUPERVISORS, SACRAMENTO COUNTY SHERIFF JOHN McGINNESS, ROGER DICKINSON, JIMMIE YEE, SUSAN PETERS, ROBERTA MacGLASHAN, DON NOTTALI AND DAVE IRISH hereby submit this Application for an Order vacating all dates as set forth in the Status (Pre-trial Scheduling) Order dated September 12, 2008. (Docket No.15.) This Application is made on the grounds Defendants'

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00715674.WPD

1

**APPLICATION FOR EX PARTE APPLICATION TO VACATE STATUS (PRE-TRIAL SCHEDULING) ORDER AND [PROPOSED ORDER]**

1  Motion to Dismiss Q1, LLC, as a party from this action remains under submission with Magistrate
2  Judge Drozd. To that end, the limitations that are approaching include: the last day to file a Joint
3  Mid-Litigation Statement is October 16, 2009; discovery cut-off is on October 30, 2009; and,
4  December 4, 2009, is the last day to file a dispositive motion.

5      This case arises out of a business license allegedly being declined to Rumors, owned by
6  Plaintiff Q1 LLC. Plaintiff Q1 LLC is a limited liability company registered with the Secretary of
7  State of California. (See Complaint ¶ 1.) Plaintiff Willie Jefferson owns Q1. (See Complaint ¶ 15.)
8  On February 25, 2009, counsel for Plaintiffs filed a motion to withdraw from representation which
9  was granted. (Docket No. 18.)

10      Insofar as Plaintiff Q1 may not appear unrepresented *in propria persona* pursuant to 28
11  U.S.C. section 1654 (corporations must appear in federal court through an attorney and cannot be
12  represented by laypersons), Defendants moved to dismiss. Plaintiff Q1 failed to oppose the Motion
13  to Dismiss and no Plaintiff appeared at the hearing. Magistrate Drozd indicates he will issue
14  findings and recommendations for an Order to Dismiss and an Order to Show Cause. Magistrate
15  Judge Drozd explained the Order to Show Cause is the Court's effort to ensure Plaintiff Jefferson
16  fully understands that it is his responsibility to continue to prosecute this matter.

17      The status pretrial order dated September 12, 2008 remains in effect. Defendants are hesitant
18  to proceed in accordance with the Status (Pre-trial Scheduling) Order, as Plaintiff Q1 is without
19  representation and a motion is pending. Moreover, Defendants would like to avoid an unnecessary
20  expenditure of time and financial resources in proceeding in accordance with the Status (Pre-trial
21  Scheduling) Order should the Court ultimately dismiss Q1 as a party.

22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00715674.WPD

2

APPLICATION FOR EX PARTE APPLICATION TO VACATE STATUS
(PRE-TRIAL SCHEDULING) ORDER AND [PROPOSED ORDER]

1    THEREFORE, Defendants request this Court vacate its Status (Pre-trial Scheduling) Order
2 (Docket No. 15), to be rescheduled at a future date.

3 Dated: September 18, 2009         Respectfully Submitted,

4                                   PORTER SCOTT
                                    A PROFESSIONAL CORPORATION
5
                                    By  s/ Jennifer L. Plescia
6                                       _____
                                        Terence J. Cassidy
7                                       Jennifer L. Plescia
                                        Attorneys for Defendant COUNTY OF
8                                       SACRAMENTO, SACRAMENTO BOARD
                                        OF SUPERVISORS, SACRAMENTO
9                                       COUNTY SHERIFF JOHN McGINNESS,
                                        ROGER DICKINSON, JIMMIE YEE,
10                                      SUSAN PETERS, ROBERTA
                                        MacGLASHAN, DON NOTTALI AND
11                                      DAVE IRISH

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00715674.WPD

3
APPLICATION FOR EX PARTE APPLICATION TO VACATE STATUS
(PRE-TRIAL SCHEDULING) ORDER AND [PROPOSED ORDER]

**ORDER**

Having reviewed the Ex Parte Application to vacate the Status (Pre-trial Scheduling) Order, Docket Number 15, of Defendants COUNTY OF SACRAMENTO, SACRAMENTO BOARD OF SUPERVISORS, SACRAMENTO COUNTY SHERIFF JOHN McGINNESS, ROGER DICKINSON, JIMMIE YEE, SUSAN PETERS, ROBERTA MacGLASHAN, DON NOTTALLI and DAVE IRISH, good cause exists to vacate dates set in the Status (Pre-trial Scheduling) Order dated September 12, 2008.  Therefore the order dated September 12, 2008 is rescinded and all dates vacated.  The Court will reschedule a further status conference as necessary.

**IT IS SO ORDERED.**

Date: 09/22/2009

/s/ John A. Mendez
Judge John A. Mendez
United States District Court

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00715674.WPD

4

APPLICATION FOR EX PARTE APPLICATION TO VACATE STATUS (PRE-TRIAL SCHEDULING) ORDER AND [PROPOSED ORDER]

CASE NAME:     *Q1, LLC AND WILLIE JEFFERSON v. COUNTY OF SACRAMENTO, et al.*
CASE NO.:      08-1564 JAM DAD

## DECLARATION OF SERVICE

I am a citizen of the United States and employed in Sacramento County, California; I am over the age of 18 years and not a party to the within action; my business address is 350 University Avenue, Suite 200, Sacramento, California 95825.

On the date below I served the attached:

**APPLICATION FOR EX PARTE APPLICATION TO VACATE STATUS (PRE-TRIAL SCHEDULING) ORDER AND [PROPOSED ORDER]**

✔   **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California.

___   **BY PERSONAL SERVICE:** I caused such document to be delivered by hand to the office of the person(s) listed below.

___   **BY OVERNIGHT DELIVERY:** I caused such document to be delivered by overnight delivery to the office of the person(s) listed below.

___   **BY FACSIMILE:** I caused such document to be transmitted by facsimile machine to the office of the person(s) listed below.

addressed as follows:

| | |
|---|---|
| Q1, LLC | Willie Jefferson |
| 7260 Stockton Blvd | 7260 Stockton Blvd |
| Sacramento, CA 95823 | Sacramento, CA 95823 |
| (916-628-4661) | (916-628-4661) |

I declare under penalty of perjury that the foregoing is true and correct and was executed on **September 18, 2009**, in Sacramento, California.

s/ Penny Adams
_____
Penny Adams

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00715674.WPD

5

APPLICATION FOR EX PARTE APPLICATION TO VACATE STATUS (PRE-TRIAL SCHEDULING) ORDER AND [PROPOSED ORDER]